UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BARRY D. WILSON,                    )    NO. EDCV 11-00614-MAN
                                    )
            Plaintiff,              )
                                    )    JUDGMENT
        v.                          )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
_____)

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED:  July 26, 2012

                                    _____
                                         MARGARET A. NAGLE
                                    UNITED STATES MAGISTRATE JUDGE